# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE SEALED MATTER | 5:MJ-09-41

## MOTION TO SEAL

AND NOW, the United States of America, by its undersigned counsel, moves pursuant to Rule 6 of the Federal Rules of Criminal Procedure to file the affidavit accompanying this Motion under seal for the reasons set forth in the accompanying sealed declaration in support of the government's motion to seal.

WHEREFORE, for the foregoing reasons, the United States moves to seal this Motion and the above-referenced pleadings. For the convenience of the Court, a proposed form of Order is attached.

Respectfully submitted,

WILLIAM S. HOUSER
Assistant United States Attorney
ID No. 58812
P.O. Box 309
Scranton, PA 18501-0309
(570) 348-2800 (telephone)
(570) 348-1908 (facsimile)
William.houser@usdoj.gov

Dated: April 16, 2009

FILED
WILKES BARRE
APR 16 2009
MARY E. D'ANDREA, CLERK
_____
DEPUTY CLERK