UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| | ) | |
| v. | ) | (JUDGE        ) |
| | ) | |
| ROSS SCARANTINO, | ) | |
| | ) | |
| Defendant. | ) | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

At all times pertinent to this Information:

1. The defendant, ROSS SCARANTINO, was the Superintendent of Schools for the Pittston Area School District.

2. As the Superintendent of Schools for the Pittston Area School District, ROSS SCARANTINO, made recommendations, formal and informal, relating to service and equipment contracts to the Pittston Area Board of Education.

3. The Pittston Area Board of Education relied upon ROSS SCARANTINO's recommendations based on his knowledge and position within the school district and awarded contracts to those contractors recommended by Scarantino.

5. In or about February of 2008, in Luzerne County, Pennsylvania and

within the Middle District of Pennsylvania, the defendant,

**ROSS SCARANTINO,**

in his capacity as the Superintendent of Schools for the Pittston Area School District, did knowingly, intentionally and corruptly accept and agree to accept cash from another person, in the amount of $5000 for the benefit of the Defendant, intending to be influenced and rewarded in connection with the awarding of contracts by the Pittston Area School District, involving a thing of value of $5,000 and more and within a one year period from the date of the commission of the offense, the Pittston Area School District received benefits in excess of $10,000 under a federal program involving a grant, contract, subsidy, loan, guarantee, insurance and other form of federal assistance.

In violation of Title 18, United States Code, § 666(a)(1)(B).

*Martin C. Carlson*
MARTIN C. CARLSON
UNITED STATES ATTORNEY

5-20-09
DATE