MCC:ACP:jm

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| | ) | |
| v. | ) | (Judge            ) |
| | ) | |
| ROSS SCARANTINO, | ) | |
| | ) | |
| Defendant | ) | |

### STATEMENT OF DEFENDANT

1. I understand the nature of the charge contained in the Information to which I propose to plead guilty to be: a violation of Title 18, United States Code, Section 666(a)(1)(B), corrupt receipt of reward for official action concerning program receiving federal funds.

2. I further understand that, based solely upon my plea of guilty, the Judge could, if he chose, sentence me to the maximum sentence of 10 years or a fine of $250,000.00, or both.

3. I am represented by attorneys, Frank W. Nocito and Philip Gelso; I fully understand that I have the right to be represented by an attorney at every stage of these proceedings against me and, if necessary, one will be appointed to represent me.

4. I understand that I have the right to plead not guilty that I have the right to be tried by a jury and at that trial have the right to assistance of counsel; that I have the right to confront and cross-examine witnesses against me; and that I have

the right not to be compelled to incriminate myself. I recognize that I have the right to move to suppress the evidence against me, to present my own case to the jury, call witnesses on my behalf and subpoena records in my defense. I realize that, by pleading guilty, I am giving up all of these rights.

5. I understand that if I enter a plea of guilty to the Information, there will not be a further trial of any kind so that by pleading guilty, I am waiving the right to a trial.

6. I have discussed these matters with my attorneys and am satisfied with their representation of me in these proceedings.

7. No promise, threats or any other inducements of any kind have been made to me in regard to my plea of guilty, apart from the plea agreement. I am entering into this plea voluntarily with full knowledge of what rights I am giving up.

8. I am aware that, by entering a plea of guilty, I am admitting that what the Government says about me in the Information is true and that I did, in fact, commit the offense with which I am charged.

9. I understand that if I enter a plea of guilty to the Information, the Court may ask me questions about the offense to which I have pleaded, and if I answer those questions falsely under oath, on the record, and in the presence of counsel, my answers later may be used against me in a prosecution for perjury or false statement.

I fully understand the foregoing statement, consisting of three (3) typewritten pages.

_____
ROSS SCARANTINO

_____
FRANK W. NOCITO, ESQUIRE
Counsel for Defendant

_____
PHILIP GELSO, ESQUIRE
Counsel for Defendant