MCC:ACP:jm

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| | ) | |
| v. | ) | (Judge Kosik) |
| | ) | |
| ROSS SCARANTINO, | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF INDICTMENT: STATEMENT OF DEFENDANT

1. I understand that I am charged with a felony and, therefore, that I have the right to have the case presented to a grand jury. I further understand that a grand jury consists of not less than sixteen (16) nor more than twenty-three (23) members, at least twelve (12) of whom must concur in the return of an Indictment. Thus, by waiving Indictment, I concede that had the case been presented to a grand jury, an Indictment would have been returned.

2. I am represented by attorneys, Frank W. Nocito and Philip Gelso; I fully understand that I have the right to be represented by an attorney at every stage of this proceeding and, if necessary, one will be appointed to represent me. I have discussed this matter with my attorneys and I am satisfied with their representation of me in this proceeding.

3. I hereby waive my right to have this matter presented to a grand jury. I hereby authorize the United States Attorney for the Middle District of Pennsylvania to file a criminal

information charging me with a violation of Title 18, United States Code, Section 666(a)(1)(B).

4. I fully understand this statement, consisting of two (2) typewritten pages.

_____
ROSS SCARANTINO

_____
FRANK W. NOCITO, ESQUIRE
Counsel for Defendant

_____
PHILIP GELSO, ESQUIRE
Counsel for Defendant