MCC:ACP:jm

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| | ) | |
| v. | ) | (Judge Kosik) |
| | ) | |
| ROSS SCARANTINO, | ) | |
| | ) | |
| Defendant | ) | |

**P L E A**

AND NOW, this 29TH day of May, 2009, the within named Defendant, having been arraigned in open Court, hereby pleads guilty to the felony Information.

_____
ROSS SCARANTINO